Hon. S. Kate Vaughan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOSE MEDINA CAMACHO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLECONNECT, INC., a Delaware corporation, and INSTANT CHECKMATE, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 2:21-cv-01075-SKV<br><br>**NOTICE OF RELATED CASES** |

Pursuant to Local Civil Rule 3(g), the above-named Plaintiff respectfully notifies this Court that the above-captioned case is related to the following two cases:

1. *Camacho v. Peopleconnect, Inc. and Intelius LLC*, No. 2:21-cv-01074-JCC, the Honorable John C. Coughenour presiding, and to

2. *Camacho v. Peopleconnect, Inc. and Truthfinder, LLC*, No. 2:21-cv-01076-RAJ, Honorable Richard A. Jones presiding.

//

//

//

NOTICE OF RELATED CASES - 1
No. 2:21-cv-01075-SKV

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | | |
|---|---|---|
| 1 | Dated: August 13, 2021 | **TOUSLEY BRAIN STEPHENS PLLC** |

By: */s/ Kim D. Stephens*
By: */s/ Cecily C. Shiel*
Kim D. Stephens, WSBA #11984
Cecily C. Shiel, WSBA #50061
1200 Fifth Avenue, Suite 17000
Seattle, WA 98101
Tel: (206) 682-5600/Fax: (206) 682-2992
Email: kstephens@tousley.com
      cshiel@tousley.com

Benjamin H. Richman, *pro hac vice forthcoming*
Ari J. Scharg, *pro hac vice forthcoming*
Benjamin Thomassen, *pro hac vice forthcoming*
**EDELSON PC**
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: (312) 589.6370
Fax: (312) 589.6378
brichman@edelson.com
ascharg@edelson.com
bthomassen@edelson.com

Kevin Tucker, *pro hac vice forthcoming*
Kevin Abramowicz, *pro hac vice forthcoming*
**EAST END TRIAL GROUP LLC**
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
Tel. (412) 877-5220
Fax. (412) 626-7101
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com

*Counsel for Plaintiffs*

NOTICE OF RELATED CASES - 2